BYRON A. FRIEND v.
AMERICAN BRIDGE, DIVISION OF U. S. STEEL CORP.

May 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. WALTER WHITE.

May 29, 1974. Petition for certification denied.

JESSIE INGBER v. BETH-EL SYNAGOGUE.

May 29, 1974. Petition for certification denied.

PISCATAWAY APARTMENT ASSOCIATION v.
TWP. OF PISCATAWAY.

May 29, 1974. Petition for certification granted.

FIRST NATIONAL BANK OF CENTRAL JERSEY v.
GEORGE JOHN WEBER.

May 29, 1974. Petition for certification denied.